# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Frederick Teal,
Plaintiff

V.

Luis Spencer,
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, __Frederick Teal__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __MCI-Norfolk, P.O. Box 43, Norfolk, MA__

   Are you employed at the institution? __No__  Do you receive any payment from the __No.__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

      __Does not apply__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

MASSACHUSETTS  MCI NORFOLK
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

*FILED*
*IN OFFICE*
*2004 JUL 19 P 4: 46*
*DISTRICT COURT*
*DIST. OF MASS.*

Inmate Name............          TEAL        FREDERICK

Commitment number....         ~~W69677~~ W83588 MBC

Period encompassed....           12/1/2003 THRU      6/1/2004

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 82.73 | 460.51 | 543.24 |
| 20% of Six Month Average Daily Balance | 108.65 | | |
| Total Expenditures for Period | | | 477.49 |
| Total Income for Period | | | 395.37 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_
MARSHA COLLINS, Treasurer

Time: 3:39 PM

Date: 7/16/04

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

*court copy*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040708 10:23

Page : 1

| Commit# : | W69677 | | | | MCI NORFOLK | | | | |
| Name : | TEAL, FREDERICK | | | | Statement From | 20040101 | | | |
| Inst : | MCI NORFOLK | | | | To | 20040701 | | | |
| Block : | | | | | | | | | |
| Cell/Bed : | / | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,240.90 | $2,034.75 | $445.44 | $0.00 |
| 20040102 22:31 | CN - Canteen | 2190397 | | NOR | -Canteen Date : 20040102 | $0.00 | $20.55 | $0.00 | $0.00 |
| 20040108 22:30 | CN - Canteen | 2216358 | | NOR | -Canteen Date : 20040108 | $0.00 | $19.97 | $0.00 | $0.00 |
| 20040110 14:58 | CI - Transfer from Club to Inmate A/c | 2221886 | | NOR | -W69677 TEAL,FREDERICK PERSONAL- KCN WASH ACCOUNT - Z5 | $1.11 | $0.00 | $0.00 | $0.00 |
| 20040113 12:07 | IS - Interest | 2236386 | | NOR | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20040113 12:07 | IS - Interest | 2236387 | | NOR | | $0.00 | $0.00 | $0.59 | $0.00 |
| 20040115 22:30 | CN - Canteen | 2261589 | | NOR | -Canteen Date : 20040115 | $0.00 | $27.40 | $0.00 | $0.00 |
| 20040122 22:30 | CN - Canteen | 2287971 | | NOR | -Canteen Date : 20040122 | $0.00 | $31.93 | $0.00 | $0.00 |
| 20040129 22:30 | CN - Canteen | 2317005 | | NOR | -Canteen Date : 20040129 | $0.00 | $4.99 | $0.00 | $0.00 |
| 20040206 08:53 | CN - Canteen | 2346858 | | NOR | -Canteen Date : 20040205 | $0.00 | $15.61 | $0.00 | $0.00 |
| 20040207 10:43 | CI - Transfer from Club to Inmate A/c | 2349910 | | NOR | - REFUND AFRICANA.COM PURCHASE- W69677 TEAL,FREDERICK PERSONAL--AFRICAN AMERICAN - Z23 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:42 | IS - Interest | 2365842 | | NOR | | $0.19 | $0.00 | $0.00 | $0.00 |
| 20040210 11:47 | IS - Interest | 2365843 | | NOR | | $0.00 | $0.00 | $0.58 | $0.00 |
| 20040210 14:55 | ML - Mail | 2373275 | | NOR | - GLENN TEAL | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040211 14:25 | IC - Transfer from Inmate to Club A/c | 2376984 | | NOR | -AMERICAN VETERANS IN PRISON - Z25 -AMERICAN VETERANS IN PRISON  Z25 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040212 22:30 | CN - Canteen | 2390616 | | NOR | -Canteen Date : 20040212 | $0.00 | $41.07 | $0.00 | $0.00 |
| 20040217 15:14 | IC - Transfer from Inmate to Club A/c | 2399495 | | NOR | --CLOTHING -INMATE CLOTHING PURCHASE - Z51- INMATE CLOTHING PURCHASE - Z51 | $0.00 | $54.56 | $0.00 | $0.00 |
| 20040217 16:17 | CI - Transfer from Club to Inmate A/c | 2399608 | | NOR | -C/E CLOTHING-W69677 TEAL,FREDERICK PERSONAL--INMATE CLOTHING PURCHASE - Z51 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040218 12:24 | IC - Transfer from Inmate to Club A/c | 2405455 | | NOR | -REFUGE CHURCH - Z184- REFUGE CHURCH  Z184 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040219 22:30 | CN - Canteen | 2418643 | | NOR | -Canteen Date : 20040219 | $0.00 | $12.95 | $0.00 | $0.00 |
| 20040220 14:47 | EX - External Disbursement | 2421480 | 56394 | NOR | - AFRICANA.COM | $0.00 | $30.00 | $0.00 | $0.00 |
| 20040226 22:30 | CN - Canteen | 2447351 | | NOR | -Canteen Date : 20040226 | $0.00 | $19.70 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2497124 | | NOR | | $0.16 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2497125 | | NOR | | $0.00 | $0.00 | $0.56 | $0.00 |
| 20040311 22:30 | CN - Canteen | 2523303 | | NOR | -Canteen Date : 20040311 | $0.00 | $46.09 | $0.00 | $0.00 |
| 20040318 22:30 | CN - Canteen | 2551525 | | NOR | -Canteen Date : 20040318 | $0.00 | $18.20 | $0.00 | $0.00 |
| 20040323 13:13 | ML - Mail | 2562513 | | NOR | --GLENN D. TEAL | $25.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040708 10:23

Page : 3

| Commit# : | W69677 | | | | | MCI NORFOLK | | | |
| Name : | TEAL, FREDERICK, | | | | Statement From | 20040101 | | | |
| Inst : | MCI NORFOLK | | | | To | 20040701 | | | |
| Block : | | | | | | | | | |
| Cell/Bed : | / | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Income | Expense | Income | Expense |
| 20040602 23:01 | PY - Payroll | 2887239 | | NOR | ~20040516 To 20040522 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040602 23:01 | PY - Payroll | 2887240 | | NOR | ~20040516 To 20040522 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040609 23:01 | PY - Payroll | 2919984 | | NOR | ~20040523 To 20040529 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040609 23:01 | PY - Payroll | 2919985 | | NOR | ~20040523 To 20040529 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040616 23:01 | PY - Payroll | 2966641 | | NOR | ~20040530 To 20040605 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040616 23:01 | PY - Payroll | 2966642 | | NOR | ~20040530 To 20040605 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040623 23:01 | PY - Payroll | 2995273 | | NOR | ~20040606 To 20040612 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040623 23:01 | PY - Payroll | 2995274 | | NOR | ~20040606 To 20040612 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040630 23:02 | PY - Payroll | 3024189 | | NOR | ~20040613 To 20040619 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040630 23:02 | PY - Payroll | 3024190 | | NOR | ~20040613 To 20040619 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040701 12:33 | AT - Account Transfer | 3028721 | | NOR | ~new # ~W69677 TEAL,FREDERICK  PERSONAL | $31.25 | $0.00 | $0.00 | $31.25 |
| 20040701 12:34 | AJ - Adjustments | 3028722 | | NOR | - new#w 83588 | $0.00 | $67.50 | $0.00 | $0.00 |
| | | | | | | $343.04 | $549.19 | $52.33 | $497.77 |

| | Personal | Savings |
| --- | --- | --- |
| Balance as of ending date : | $0.00 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
| --- | --- | --- | --- | --- | --- |
| $5.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 |

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.
   STock; when I work At MARRiott Corporation I dont Know its value Because I'm in prison And I dont Have Access to phone to inquire How Much its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None At present.

I declare under penalty of perjury that the above information is true and correct.

7-9-4
Date

Frederick Teal
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.