UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREDERICK TEAL,
    Petitioner,

v.

LUIS SPENCER,
Respondent.

NO.

## MOTION TO AMEND

Now comes the petitioner, Frederick Teal, respectfully moves this Honorable Court to Allow him to amend his petition for writ of habeas corpus, should the need arise in this matter.

The petitioner prays that this Honorable Court will allow him to amend his petition, as follows:

1. By supplementing paragraph 12(a)(Ground One) of his Petition, as follows:

> The adjudication of this claim by the Massachusetts Appeals Court resulted in a decision that was contrary to and involved an unreasonable application of clearly established Federal law as determined by the Supreme Court of the United States. Furthermore, the adjudication by the Massachusetts Appeals Court resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State Court proceeding.

2. By supplementing paragraph 12(B) (Ground Two), as follows:

2. By supplementing paragraph 12(B) (Ground Two), as follows:

> The adjudication of this claim by the Massachusetts Appeals Court resulted in a decision that was contrary to and involved an unreasonable application of clearly established Federal law as determined by the Supreme Court of the United States.

                                        Respectfully submitted,

                                        */s/ Frederick Teal*

Dated: 7-17-04              Frederick Teal
                                    2 Clark Street
                                    P.O. Box 43
                                    Norfolk, MA 02056