UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Frederick Teal__         ,
                Plaintiff,

v.                             Civil Action No. 04-11634-RGS

__Luis Spencer, Superintendent MCI Norfolk__ ,
                Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED for the following reason(s):

      Petitioner has sufficient funds to pay the $5 filing fee.

☒    It is FURTHER ORDERED that petitioner must pay the $5 filing fee within 42 days of the date of this Order, or this case will be dismissed without prejudice.

SO ORDERED.

__7/26/04__                                     __s/ Richard G. Stearns__
DATE                                         UNITED STATES DISTRICT JUDGE