UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Frederick Teal</u>,
        Petitioner,

            v.

<u>Luis Spencer</u>,
        Respondent.

CIVIL ACTION

NO. 04-11634-RGS

## O R D E R

On July 19, 2004, petitioner Frederick Teal, an inmate at MCI-Norfolk, submitted an application to proceed without prepayment of fees and a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Luis Spencer, Superintendent, Massachusetts Correctional Institution - Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, MA, 02056; AND (2) Cathryn A. Neaves, Assistant Attorney General, Office of the Attorney General, One Ashburton Place, Boston, Massachusetts  02108.

It is further ordered that Respondent shall, within 28 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

 7/26/04   
   DATE

 s/ Richard G. Stearns         
UNITED STATES DISTRICT JUDGE