UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

_Teal_
v.
_Spencer_

Check if previously referred

CA/CR No. _04-11634-RGS_

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Alin_ for the following proceedings:

(A) Referred for full pretrial case management, including all dispositive motions.

(B) Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C) Referred for discovery purposes only.

(D) Referred for Report and Recommendation on:

( ) Motion(s) for injunctive relief
( ) Motion(s) for judgment on the pleadings
( ) Motion(s) for summary judgment
( ) Motion(s) to permit maintenance of a class action
( ) Motion(s) to suppress evidence
( ) Motion(s) to dismiss
( ) Post Conviction Proceedings[1]
See Documents Numbered: _____

(E) Case referred for events only. See Doc. No(s). _____

(F) Case referred for settlement.

(G) Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
( ) In accordance with Rule 53, F.R.Civ.P.
( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H) Special Instructions: _2254 petition for writ of habeas corpus_

Date: _10/20/04_     By: _EAF_  Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1] See reverse side of order for instructions