UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FREDERICK TEAL

    V.                      CIVIL ACTION NO. 04-11634-RGS

LUIS SPENCER

# ORDER OF DISMISSAL

**STEARNS, DJ.**                              MARCH 18, 2005

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON RESPONDENT'S MOTION TO DISMISS ENTERED ON MARCH 2, 2005,

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY **DISMISSED.**

SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

                BY:

                                        /s/ Mary H. Johnson
                                        **Deputy Clerk**