Filed
4/04/05

Dear Sir

March 18, 2005

Civil Action No. 04-11634-RGS

Frederick Teal

v.

Luis Spencer

MEMORANDUM AND ORDER
ON RESPONDENT"S MOTION TO DISMISS

RE: March 2, 2005

Stearns, D.J.

    Dear Judge Stearns, I realized you Dismissed this, **I'm requesting reconsideration that** it be Re-instated and Motion to Amend be dismissed.

    I would also ask if I may be appointed Legal Counsel, for I made an error in judgement.

    If I need to refile Petition for wit of Habeas Corpus would you please submit three blank forms to me promptly.

Thank You

*Frederick Teal*
Frederick Teal
P.O. Box 1069
W. Concord, MA 01742

*Denied. Petitioner must either return to state court to exhaust any unexhausted claims. R.G. Stearn DJ 4-21-05.*

United States District Court
              For
The District Of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Civil Action No. 04-11634-RGS

Frederick Teal

V.

Luis Spencer

Dear Clerk Marie Bell,

Please forward a copy of the docket entry sheet for the above-entitled matter to the following address:

Frederick Teal
N.E.C.C. West Concord
P.O. Box 1069
Concord, Mass 01742

Date: 3-18-5

Respectfully submitted
Frederick Teal
Pro se